United States District Court
Northern District of California

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROBERT FRANKLIN BRADFORD,

    Defendant.

Case No.: CR 13-70300 (KAW)

DETENTION ORDER

## I. DETENTION ORDER

Defendant Robert Franklin Bradford is charged in an indictment in the District of Oregon with violations of 18 U.S.C. §§ 2252A(a)(1) and (b)(1), (a)(5)(B) and (b)(2), and 2250(a) (transportation of child pornography, possession of child pornography, and failure to register as a sex offender). At the March 18, 2013 hearing before this Court, Defendant was in custody and represented by Assistant Federal Defender Angela Hansen. Assistant United States Attorney Randy Luskey appeared on behalf of the United States. Defendant, who is to be removed to the District of Oregon, waived the timing of his right to proffer information at a detention hearing, *see* 18 U.S.C. § 3142(f), and also waived findings, while retaining his right to seek release at a later hearing should his circumstances change.

## II. CONCLUSION

The Court hereby detains Defendant, but because he has waived his right to present information under 18 U.S.C. § 3142(f) without prejudice to raising relevant information at a later hearing, the Court orders that the hearing may be reopened at Defendant's request at any future time.

1

Defendant shall remain committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Defendant shall be afforded reasonable opportunity for private consultation with counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which Defendant is confined shall deliver Defendant to a United States marshal for the purpose of an appearance in connection with a court proceeding.

IT IS SO ORDERED.

Dated: March 18, 2013

_____
KANDIS A. WESTMORE
United States Magistrate Judge